

USA NO. 2000Z00017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** * | CIVIL ACTION |
| v. * | NO. 00-0415 |
| **TOYA T. HADLEY** * | SECTION: "K" (2) |

\* \* \*

### MOTION FOR ENTRY OF DEFAULT

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America and moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default against Toya T. Hadley due to her failure to plead or otherwise defend as set forth below.

1. On April 11, 2000, the defendant was served with a summons and copy of the complaint.

2. More than 20 days have elapsed since the defendant was served, and the defendant has not filed an answer or other responsive pleading.

DATE OF ENTRY
MAY 0 9 2000

Accordingly, a default should be entered against Toya T. Hadley due to her failure to plead or otherwise defend.

                                                Respectfully submitted,

                                                EDDIE J. JORDAN, JR.
                                                UNITED STATES ATTORNEY

                                                _____
                                                ENEID A. FRANCIS
                                                Assistant United States Attorney
                                                Bar Roll No. 5816
                                                Hale Boggs Federal Building
                                                501 Magazine Street, 2nd Floor
                                                New Orleans, Louisiana 70130
                                                Telephone: (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0415 |
| TOYA T. HADLEY | * | SECTION: "K" (2) |

\* \* \*

### O R D E R

IT IS HEREBY ORDERED that a default be entered against Toya T. Hadley due to her failure to plead or otherwise defend.

New Orleans, Louisiana, this 9th day of May, 2000.

_____
LORETTA G. WHYTE
CLERK, UNITED STATES DISTRICT COURT

BY _____
Deputy Clerk