UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0415 |
| TOYA T. HADLEY | * | SECTION: "K" (2) |

\* \* \*

## JUDGMENT

Defendant, Toya T. Hadley, was served with the summons and complaint and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired, and a default has been entered against Toya T. Hadley according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Toya T. Hadley in the sum of $3,268.17, plus interest accruing on the principal amount at the rate of 8.25% per annum or at the daily rate of $0.65 from October 19, 1999, to date of judgment, and interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961, and the costs of this proceeding.

New Orleans, Louisiana, this 9th day of May, 2000.

LORETTA G. WHYTE
CLERK, UNITED STATES DISTRICT COURT

BY: _____
Deputy Clerk

DATE OF ENTRY
MAY 0 9 2000