

```
       FILED
   U.S. DISTRICT COURT
 EASTERN DISTRICT OF LA

  2001 JUN 13 PM 4:02
     JUN 13 2001
   LORETTA G. WHYTE
        CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**June 13, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0415** |
| **TOYA T. HADLEY** | * | **SECTION: "K"** |

### HEARING ON MOTIONS

APPEARANCE(S): Kathryn Becnel, Assistant United States Attorney for the Government

MOTION(S):

(1)     MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Assistant United States Attorney Kathryn Becnel appeared before the court on the above captioned motion. However, the judgment debtor failed to appear. The record reveals that the judgment debtor, Toya T. Hadley, was personally served the motion and order to examine the judgment debtor by a deputy of the United States Marshals Service on May 25, 2001. Therein, the judgment debtor was ordered to appear on June 13, 2001, at 11:00 a.m. in Room 407 of the Hale Boggs Federal Building. The government, therefore, indicated that it will prepare and submit a motion for issuance of a writ of capias for the arrest of Toya T. Hadley for failure to appear at the scheduled judgment debtor examination.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
JUN 1 4 2001

rec_____
Process____
X /Dktd____
____C\copies____
Doc.No.____