FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 15 AM 11: 29

LORETTA G. WHYTE
CLERK

USA No. 2000Z00017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0415 |
| v. | * | SECTION: "K" (2) |
| TOYA T. HADLEY, | * | |
| Defendant. | * | |
| * * * | | |

## MOTION FOR ISSUANCE AND EXECUTION OF WRIT OF CAPIAS

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes plaintiff, the United States of America, and moves for issuance of a writ of capias directing the United States Marshal to take into custody the defendant, Toya T. Hadley and to bring her before this Court to explain her failure to appear for a judgment debtor examination scheduled before the Court. As indicated by the attached declaration and a copy of the Marshal's service form, the defendant was personally served by the United States Marshal with a copy of the order scheduling the judgment debtor examination on June 13, 2001 at 11:00 a.m. Defendant failed to appear.

DATE OF ENTRY
JUN 1 8 2001

WHEREFORE, plaintiff, the United States of America, does respectfully pray that its motion be granted.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
ENEID A. FRANCIS (5816)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0415 |
| v. | * | SECTION: "K" (2) |
| TOYA T. HADLEY, | * | |
| Defendant. | * | |

\* \* \*

**DECLARATION**

I, Eneid A. Francis, Assistant United States Attorney for the Eastern District of Louisiana, do declare upon information and belief obtained from the record in this matter that:

1. On May 9, 2000, the United States of America obtained judgment against the defendant, Toya T. Hadley, in the sum of $3,268.17, plus interest accruing at the daily rate of $0.65 on $2,856.82 from October 19, 1999 to date of judgment, and interest from date of judgment until paid in full at the legal rate pursuant to 28 U.S.C. § 1961, plus costs.

2. On May 17, 2001, the United States of America filed a Motion and Order to Examine Judgment Debtor. The defendant was ordered to appear at the Courtroom of the Magistrate on June 13, 2001 at 11:00 a.m.

3. Personal service was effected upon the defendant on May 25, 2001, by the United States Marshal.

4. The defendant did not appear in Court nor did she inform the Court or the movant of any reason why she could not comply with the Order requiring her to appear for judgment debtor examination on June 13, 2001 at 11:00 a.m.

I declare under penalty of perjury that the above is true and correct.

New Orleans, Louisiana, this 14th day of June, 2001.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

ENEID A. FRANCIS (5816)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Room 205
New Orleans, Louisiana 70130
Telephone (504) 680-3060

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0415 |
| v. | * | SECTION: "K" (2) |
| TOYA T. HADLEY, | * | |
| Defendant. | * | |

\* \* \*

<u>O R D E R</u>

After considering the motion, reasons in support thereof, and attached exhibits,

IT IS ORDERED that a writ of capias issue in this matter to be executed by the United States Marshal, Eastern District of Louisiana, to take into custody the defendant and to bring her before the Court to explain her failure to appear for the judgment debtor examination scheduled on June 13, 2001 at 11:00 a.m.

_____
UNITED STATES MAGISTRATE JUDGE

June 15, 2001

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 00-0415 "K" |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Toya T. Hadley | Motion to Examine Judgment Debtor |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Toya T. Hadley

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 5237 Lakeview Court
New Orleans, LA 70126

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Eneid A. Francis
Assistant U.S. Attorney
501 Magazine Street, Second Floor
New Orleans, LA 70130

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PERSONAL OR DOMICILIARY SERVICE REQUESTED.

Signature of Attorney or other Originator requesting service on behalf of:
Eneid A. Francis, AUSA
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 504-680-3050 Annelisa Jackson
DATE: 5/17/01

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 34 | District to Serve No. 34 | Signature of Authorized USMS Deputy or Clerk: MaryRose Christopher | Date: 5-21-01 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/28/01    Time: 0940 am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $5.86 | | $50.86 | | | |

REMARKS:
1 DUSM START 0900, END 1000, R/T MI = 17 MI @ $.345/m.

**NOTE**