


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 20 PM 4:16

JUN 2 0 2001

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**MOORE, M.J.**
**June 20, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| **VERSUS** | * | NO: 00-0415 |
| **TOYA T. HADLEY** | * | SECTION: "K" |

### HEARING ON MOTIONS

APPEARANCE(S): Kathryn Becnel, Assistant United States Attorney for the Government

MOTION(S):     Toya T. Hadley, In Proper Person

(1)     MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

      Judgment Debtor Toya T. Hadley was delivered to the court, pursuant to a writ of capias issued for her arrest for failure to appear at the previously scheduled judgment debtor examination. The writ of capias is marked **SATISFIED**.

      The judgment debtor was sworn before the court. Thereafter, Ms. Hadley was ordered to appear before the Assistant U.S. Attorney or members of her staff to conduct the judgment debtor examination. Subsequently, Ms. Annelisa Jackson, Debt Collection Agent from the U. S. Attorney's Office informed the court that the judgment debtor examination has been **SATISFIED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
JUN 2 1 2001

Fee _____
Process _____
X Dktd _____
___ CtRmDep
___ Doc.No. 12